102 A.3d 420

**Kareem J. STANSBURY, Petitioner**

v.

**Hon. Judge Charles EHRLICH, Assistant D.A., Defense Counsel Evan T.L. Hughes, Respondents.**

**No. 138 EM 2014.**

Supreme Court of Pennsylvania.

Oct. 30, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2014, the Petition for Review and the Application for Emergency Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation improper). The Prothonotary is **DIRECTED** to forward the filings to counsel of record and strike the name of the jurist from the caption.

102 A.3d 420

**Corey ROWE, Petitioner**

v.

**James ECKARD, Superintendent at SCI–Huntingdon, Respondent.**

**No. 135 EM 2014.**

Supreme Court of Pennsylvania.

Oct. 30, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**